FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 JAN 27 PM 3:33

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
| | ) | |
| v. | ) | **4:14-CR-00285** |
| | ) | |
| **HARRY L. TELFAIR** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this __27Th__ day of January, 2015.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA